In the Matter of HESTHER OTTO, Respondent, v. JOHN OTTO, 2ND, Appellant.— All concur, except Harris, J., not voting. (The order directs defendant to pay ten dollars per week until plaintiff's judgment against defendant is fully satisfied; the second order

denies defendant's motion to modify the previous order.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.